ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                :    **ORDER**

            - v. -                                   :    07 Cr. 1088

ALCIDES ROJAS,                          :

                    Defendant.     :

- - - - - - - - - - - - - - - - - x

      Upon application of the United States of America, by and through Assistant United States Attorney Jessica A. Masella, it is hereby ORDERED that Indictment 07 Cr. 1088, which was filed under seal on or about December 4, 2007, be and hereby is unsealed.

SO ORDERED.

Dated:     New York, New York
          December 18, 2007

                                              _____
                                              UNITED STATES MAGISTRATE JUDGE
                                              SOUTHERN DISTRICT OF NEW YORK

                                                      RONALD L. ELLIS
                                              United States Magistrate Judge
                                              Southern District of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/07
```