UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

United States of America,

    vs.　　　　　　　　　　　　　　　　　　07 Crim. 1088 (LAK)

ALCIDES ROJAS

- - - - - - - - - - - - - - - - - x

TO THE UNITED STATES MARSHAL
SOUTHERN DISTRICT OF NEW YORK:

    The defendant is ordered remanded into the custody of the U.S. Marshal.

DATED: July 7, 2008

_____
Lewis A. Kaplan
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/08