```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA          :

       -v-                     :      ORDER

ALCIDES ROJAS,                    :      07 Cr. 1088 (LAK)

                Defendant.   :
- - - - - - - - - - - - - - - - - -X

      WHEREAS, with the consent of the defendant, ALCIDES ROJAS, his guilty plea allocution was taken before a Magistrate Judge on March 4, 2008;

      WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

      WHEREAS, upon a review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea,

      IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         July 7, 2008

                                      HON. LEWIS A. KAPLAN
                                      UNITED STATES DISTRICT JUDGE